IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00325-BNB

TERRANCE C. HENDRIX,

    Plaintiff,

v.

TIMOTHY L. FAISING,
CAROL CHAMBERS,
MEREDITH B. LEVINE,
BRIAN S. SUGIOKA,
JAMES J. PETERS,
SEAN McDERMOTT,
MICHAEL JAHNKE, and
SHIELA JONES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -3 2009

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff Terrance C. Hendrix initiated this action by filing *pro se* a "Notice of Intent to File Suit" and a copy of his inmate trust fund account statement. In an order filed on February 17, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Hendrix to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Hendrix to file a Prisoner Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Hendrix was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Hendrix has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's February 17 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 3 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00325-BNB

Terry C. Hendrix
Prisoner No. 60828
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/3/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk